|   |   |
|---|---|
| 1 | THE HONORABLE THOMAS S. ZILLY |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| MONICA L. TURNER and MICHAEL JOPLIN,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>SAFEWAY, INC.,<br><br>　　　　　　Defendant. | No. 2:17-cv-01286-TSZ<br><br>STIPULATION FOR AND ORDER DISMISSING CLAIMS OF PLAINTIFF MICHAEL JOPLIN |

**I. STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the claims of Michael Joplin this action be dismissed without prejudice and without costs to any party. The parties jointly request that the court enter the subjoined order.

Dated: October 4, 2017.

WARD SMITH, PLLC

By: *s/ J.D. Smith*
　　J.D. Smith, WSBA # 28246
　　Attorney for Plaintiff

TURNER KUGLER LAW, PLLC

By: *s/ John T. Kugler*
　　John T. Kugler, WSBA # 19960
　　Attorney for Defendant

STIPULATION FOR AND ORDER
DISMISSING CLAIMS OF PLAINTIFF
MICHAEL JOPLIN - 1



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
(206) 659-0679

**II. ORDER**

THIS MATTER came before the court based upon the above stipulation of the parties for dismissal of Plaintiff Joplin's claims. The court does hereby ORDER that the claims of Michael Joplin this action are dismissed without prejudice and without costs to any party.

IT IS SO ORDERED dated this 5th day of October, 2017.

*Thomas S. Zilly*
THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TURNER KUGLER LAW, PLLC

By: *s/ John T. Kugler*
John T. Kugler, WSBA # 19960
Attorney for Defendant

STIPULATION FOR AND ORDER DISMISSING CLAIMS OF PLAINTIFF MICHAEL JOPLIN - 2



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136-1833
(206) 659-0679